

U.S. POSTAGE >> PITNEY BOWES

ZIP 77002
02 1W
0001372104 OCT 26 2015

$ 000.35⁰

October 23, 2015

**FIRST COURT OF APPEALS**
301 Fannin Street
Houston, Texas 77002-2066

RE:   Case No. 01-15-00899-CV

Style:   Rita Lemons
v. Don TrustClaire, Don Blake individually & dba(s), Carlos Pena, Estate of LeRoy Lemons Berthel Martinez individually & dba, Noe Gomez, individually & dba(s), and Latecia Gomez, individually & dba(s)

T. C. Case # 14-DCV-213790

On **October 23, 2015** the certified clerk's record was filed. If the clerk's record is incomplete, appellant or any other party should seek the supplement the record. Tex. R. App. P. 34.5(c). **If there is no reporter's record or if the reporter's record has already been filed, appellant's brief is due 30 days from this date; if it is an accelerated appeal, appellant's brief is due 20 days from this date.** Tex. R. App. P. 38.6(a). All motions other documents (i.e., briefs) filed with the Court must comply with Tex. R. App. P. 9.

Christopher A. Prine, Clerk of the Court

Don   TrustClaire
12800 Dunlap Apt 888
Houston, TX   77035

I A

NIXIE                773        DE  1009              0011/13/15

        RETURN TO SENDER
        INSUFFICIENT ADDRESS
        UNABLE TO FORWARD

BC: 77002206699                    *2288-02799-26-41

RECEIVED APPEALS
COURT OF TEXAS
FIRST COURT OF TEXAS
HOUSTON, TEXAS

NOV 18 2015

CHRISTOPHER A. PRINE
CLERK



**FIRST COURT OF APPEALS**
301 Fannin Street
Houston, Texas 77002-2066

26 OCT '15

RE: Case No. 01-15-00899-CV

U.S. POSTAGE >> PITNEY BOWES

October 22, 2015

ZIP 77002 $ 000.35⁰
02 1W
0001372104 OCT. 23. 2015

Style: Rita Lemons
v. Don TrustClaire, Don Blake individually & dba(s), Carlos Pena, Estate of LeRoy Lemons Berthel Martinez individually & dba, Noe Gomez, individually & dba(s), and Latecia Gomez, individually & dba(s)

The clerk's record in this appeal has not been timely filed with this court. The court requests that the record be filed within 30 days of the date of this letter. If the record is not filed by that date, I will refer the matter to the court. If you are unable to file the record by that date, you should request an extension for the court to consider. If the appellant has not made arrangements for paying for the record, please advise the court in writing. See Tex. R. App. P. 35.3(a)(2)and (b)(3).

T. C. Case # 14-DCV-213790                    Christopher A. Prine, Clerk of the Court

Don TrustClaire
12800 Dunlap Apt 888
Houston, TX 77035

7708512601 3



RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

NOV 18 2015

CHRISTOPHER A. PRINE
CLERK

NIXIE        773        5E  1009        0011/13/15

RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD

BC:  77002206699        *2933-01708-26-37



Court of Appeals, First District
301 Fannin Street
Houston, Texas 77002-2066

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

NOV 18 2015

CHRISTOPHER A. PRINE
CLERK

143

77002@2066

IN HOUSTON
OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE



U.S. POSTAGE >> PITNEY BOWES

ZIP 77002 $ 000.48⁵
02 1W
0001372104 OCT 23 2015

CASE NO. 01-15-00899-CV
DON TRUSTCLAIRE
12800 DUNLAP APT 888
HOUSTON, TX 77035

NIXIE    773    5E 1009    0011/13/15

RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD

BC:  77002206699       *2933-021122-26-37



SHERRY RADACK
CHIEF JUSTICE

TERRY JENNINGS
EVELYN KEYES
LAURA CARTER HIGLEY
JANE BLAND
MICHAEL MASSENGALE
HARVEY BROWN
REBECA HUDDLE
RUSSELL LLOYD
JUSTICES

CHRISTOPHER A. PRINE
CLERK OF THE COURT

JANET WILLIAMS
CHIEF STAFF ATTORNEY

PHONE: 713-274-2700
FAX:     713-755-8131

www.txcourts.gov/1stcoa.aspx



# Court of Appeals
# First District

**301 Fannin Street**
**Houston, Texas 77002-2066**

October 22, 2015

Elizabeth Wittu
Official Court Reporter
240th District Court
401 Jackson, Ste. 201
Richmond, TX 77469
* DELIVERED VIA E-MAIL *

RE:     **Court of Appeals Number:** 01-15-00899-CV     **Trial Court Case Number:** 14-DCV-213790

Style:   Rita  Lemons v. Don TrustClaire, Don Blake individually & dba(s), Carlos Pena, Estate
of LeRoy Lemons Berthel Martinez individually & dba, Noe Gomez, individually &
dba(s), and Latecia Gomez, individually & dba(s)

Dear Reporter:

The reporter's record was due to be filed 08/04/2015, but it has not been received for filing. *See* TEX. R. APP. P. 35.1. Please file the reporter's record within 30 days  of the date of this notice. *See* TEX. R. APP. P. 37.3(a)(1).

Or, you may use the information sheet on the Forms page of the Court's website, http://www.txcourts.gov/1stcoa, to notify my office that: (1) proceedings were not recorded; (2) no party has requested a reporter's record; (3) the party responsible for paying for preparation of the reporter's record has not paid the reporter's fee or has not made satisfactory arrangements to *pay the fee* and, is not entitled to appeal without paying the fee, i.e., the party is not indigent. *See* TEX. R. APP. P. 35.3 (b).

If either the reporter's record or a request for an extension of time is not filed by the due date, this matter will be referred to the Court so it can make whatever order is appropriate to avoid further delay and to preserve the parties' rights. *See* TEX. R. APP. P. 37.3(a)(1).

Sincerely,

Christopher A. Prine, Clerk of the Court

By Noemi E. Hernandez, Deputy Clerk

cc:    Don TrustClaire
Carlos Pena
Judge 240th District Court (DELIVERED VIA E-MAIL)
Latecia Gomez
Berthel Martinez
Doin Blake
The Honorable Fort Bend District Clerk's Office (DELIVERED VIA E-MAIL)
Noe Gomez
Rita Lemons (DELIVERED VIA E-MAIL)